UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                           :

IN RE:                                                   :

                                                       :         25-CV-7217 (JMF)

PEGGY NESTOR,                               :

                                                       :              <u>ORDER</u>

                      Debtor.               :

                                                       :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       By Order dated September 3, 2025, ECF No. 2, the Court adopted the briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically Rule 8018.  Consistent with that Order, Appellant must file a brief **no later than December 1, 2025.**  Appellee must file a brief **within 30 days** of Appellant's brief.  Appellant's reply, if any, must be filed within **two weeks of Appellee's brief.**  Appellant is warned that failure to file a brief by the December 1, 2025 deadline could result in the appeal being dismissed without further notice.

       The Clerk of the Court is directed to mail a copy of this Order to Appellant.

       SO ORDERED.

Dated: November 3, 2025
       New York, New York                                        _____
                                                                   JESSE M. FURMAN
                                                            United States District Judge