**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

In re:

PEGGY NESTOR,

                    Debtor.
------------------------------------------------------------------------X

 MARIANNE NESTOR,

                    Appellant,                25 **CIVIL** 7217 (JMF)

        -against-                     **JUDGMENT**

 ALBERT TOGUT, not individually but solely in his
capacity as Chapter 11 Trustee,

                    Appellee.
------------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 26, 2026, the Orders of the Bankruptcy Court determining that certain items of the Townhouse are fixtures are AFFIRMED, and Nestor is warned that further vexatious and meritless appeals related to her sister's Chapter 11 bankruptcy proceedings may result in a filing injunction; accordingly, the case is closed.

**Dated:**  New York, New York
      March 31, 2026

                                  **TAMMI M. HELLWIG**

                                    **Clerk of Court**

             **BY:**

                                    **Deputy Clerk**